# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALGENE SUTHERLAND,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendant(s). | 2:14-CV-104 JCM (CWH) |

**ORDER**

Presently before the court is the matter of *Sutherland v. State Farm Mutual Automobile Ins. Co.*, case no. 2:14-cv-104-JCM-CWH.

On April 17, 2014, the court issued an order in which it *sua sponte* questioned its jurisdiction over the case based on an apparent failure to satisfy the jurisdictional amount in controversy. (Doc. # 13). The court ordered the defendant to show cause within seven (7) days as to why the matter should not be remanded. (*Id.*). Defendant has failed to comply with that order.

The court has reviewed the claims and finds that the amount in controversy is not, and cannot reasonably be, satisfied. The court therefore lacks subject matter jurisdiction and is obligated to remand the case.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the matter be, and the same hereby is, REMANDED for further proceedings.

DATED April 30, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -